McGEORGE v. NICOLA ET ALS.

(Filed 30 May, 1917.)

**Appeal and Error—Petition to Rehear—Commencement of Time Allowed.**

> The time begins to run against a petition to rehear in the Supreme Court from the time the opinion was filed in the office of the clerk of that Court.

PER CURIAM. - The petition to rehear was submitted to the Court in conference by the justices to whom it was referred.

This Court is of opinion that the time within which a petition to rehear may be filed begins to run on the day the opinion is filed in the office of the clerk of the Supreme Court. The opinion in the above entitled case was filed 14 March, 1917, and more than forty days having expired between then and 17 May, 1917, when the petition to rehear was filed in this Court, the same is denied.